UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Robert Cox,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services; and Experian Information Solutions, Inc.,<br><br>　　　　Defendants. | Case No.: 1:25-cv-03432-AT-RGV<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Westlake Services, LLC d/b/a Westlake Financial Services may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:　　January 22, 2026

　　　　　　　　　　　　　　　　　　　　*/s/ Esther Oise*
　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　Email: oiselaw@gmail.com
　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of

Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*